**Harvey F. McFERRON,
Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36137.**

Missouri Court of Appeals,
Western District.

April 30, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied July 2, 1985.

Eugene G. Bushmann of Bushmann, Neff, Gallaher & Brown, Jefferson City, for movant-appellant.

John Ashcroft, Atty. Gen., Michael H. Finkelstein, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., Presiding, and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is an appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).